```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


In re: MICHAEL S. GOLDBERG,      :
LLC, and MICHAEL S. GOLDBERG,    :
     Debtors,                    :
                                 :
JAMES BERMAN, CHAPTER 7          :
TRUSTEE FOR THE SUBSTANTIVELY    :
CONSOLIDATED ESTATES OF          :
MICHAEL S. GOLDBERG, LLC and     :
MICHAEL S. GOLDBERG,             :
   plaintiff,                    :
                                 :   No. 3:15-mc-00147(AVC)
v.                               :
                                 :
SALLY A. LABONTE, TRUSTEE OF     :
THE SCOTT A. LABONTE DYNASTY     :
TRUST, ET AL.,                   :
   defendants.                   :
```

**ORDER TO TRANSFER CASE**

In the interests of justice and judicial economy, the above-identified case is hereby transferred to the Honorable Alvin W. Thompson. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut.

It is so ordered this 28th day of October 2015, at Hartford, Connecticut.

```
                              _____/s/_____
                              Alfred V. Covello
                              United States District Judge
```