# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE | : |
| SUBSTANTIVELY CONSOLIATED ESTATE OF MICHAEL | : Case No. 3:15-cv-01687 (AWT) |
| S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. | : December 28, 2018 |
| LABONTE DYNASTY TRUST, ET AL., | : |
| | : |
| Defendants | : |

## JOINT MOTION FOR STAY PENDING
## COMPLETION OF SETTLEMENT NEGOTIATIONS

Pursuant to the Court's inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants[]", *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), Plaintiff, James Berman, Trustee (the "Trustee"), and defendants Sally A. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Roland G. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Sally A. LaBonte, Devcon Enterprises, Inc., Marketplace Port St. Lucie, LP, RCZS, LLC, Cakemaker, LLC, Scott A. LaBonte, Scott A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust (collectively "Defendants"), by and through their respective undersigned counsel, respectfully move for the entry of an order granting their joint motion for stay and staying all further proceedings in this action pending completion of settlement

negotiations.  As good cause for the granting of the relief requested herein the parties represent that:

1.	The Trustee has invited settlement negotiations between and among the Defendants and others with an intent to resolve this action and other related adversary proceedings pending in bankruptcy court.

2.	The Trustee and the Defendants believe it is in the best interest of all parties to focus on settlement rather than continued litigation, and wish to avoid the expense of further litigation during the time period that settlement negotiations are ongoing.

3.	The Trustee and the Defendants thus move for the entry of an order staying all further proceedings in this action pending the completion of settlement negotiations.  The parties will report to the Court upon the completion of settlement negotiations and request the entry of further orders should the settlement negotiations prove unsuccessful.

**WHEREFORE**, The Trustee and the Defendants respectfully move for the entry of an order staying all further proceedings pending the completion of settlement negotiations.

| | |
|---|---|
| James Berman, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg<br><br>By: */s/ James M. Moriarty*<br>　　Jed Horwitt (ct04778)<br>　　James M. Moriarty (ct21876)<br>　　ZEISLER & ZEISLER, P.C.<br>　　10 Middle Street, 15th Floor<br>　　Bridgeport, Connecticut 06604<br>　　Tel: (203) 368-4234<br>　　Email: jhorwitt@zeislaw.com;<br>　　　　　jmoriarty@zeislaw.com | Sally A. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Roland G. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Sally A. LaBonte, Devcon Enterprises, Inc., Marketplace Port St. Lucie, LP, RCZS, LLC, Cakemaker, LLC, Scott A. LaBonte, Scott A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust<br><br>By:*/s/ David M. S. Shaiken*<br>　　David M. S. Shaiken, Esq. (ct02297)<br>　　Shipman, Shaiken & Schwefel, LLC<br>　　433 South Main Street, Suite 319<br>　　West Hartford, CT 06110<br>　　Tel.: (860) 606-1703<br>　　Email: david@shipmanlawct.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE | : |
| SUBSTANTIVELY CONSOLIATED ESTATE OF MICHAEL | : Case No. 3:15-cv-01687 (AWT) |
| S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. | : December 28, 2018 |
| LABONTE DYNASTY TRUST, ET AL., | : |
| | : |
| Defendants | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of December, 2018, the foregoing Joint Motion for Stay Pending Completion of Settlement Negotiations was electronically filed. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                                        */ s / James M. Moriarty*
                                                                         James M. Moriarty (ct21876)