```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**IN RE: MICHAEL S GOLDBERG**         :
                                      :
JAMES BERMAN, CHAPTER 7               :
TRUSTEE FOR THE SUBSTANTIVELY         :
CONSOLIDATED ESTATE OF MICHAEL        :
S. GOLDBERG and MICHAEL S.            :
GOLDBERG                              :
                                      :
v.                                    :   CIV. NO. 3:15CV01687 (AWT)
                                      :
SALLY A. LABONTE, TRUSTEE             :
OF THE SCOTT A. LABONTE               :
DYNASTY TRUST, ET AL                  :
                                      :
                                      :

## ORDER RE: MAY 1, 2019 SETTLEMENT CONFERENCE

A settlement conference is scheduled for May 1, 2019 at 10:00 AM.

The plaintiff Trustee will provide a settlement demand to the LaBonte family on or before Friday, April 12, 2019, to which the LaBontes will respond on or before Thursday, April 18, 2019.

The plaintiff trustee will then make individual settlement demands on the remaining interested parties on or before Tuesday, April 23, 2019, to which those parties will respond on or before Monday, April 29, 2019.

Due to the helpful information provided in and after the individual preliminary sessions the Court held with counsel, formal mediation statements in advance of May 1, 2019, will not be required. However, the Court would appreciate receiving a

1

confidential communication on behalf of each interested party reflecting on the offers/demands after they are exchanged, and providing any updates in the positions of the clients heading into the mediation. Please send that information by email not later than 5 pm on Tuesday, April 30, 2019.

If ability to pay is a consideration in the positions of any of the clients, counsel should be prepared to discuss this in detail, with supporting documents, during the mediation.

More detailed information about the format of the mediation will be provided to counsel at least 7 days in advance of May 1, 2019.

SO ORDERED at Bridgeport, Connecticut this 9th day of April 2019.

                                                                                     /s/
                                        HOLLY B. FITZSIMMONS
                                        UNITED STATES MAGISTRATE JUDGE