UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **IN RE: MICHAEL S GOLDBERG** : | |
| : | |
| JAMES BERMAN, CHAPTER 7 : | |
| TRUSTEE FOR THE SUBSTANTIVELY : | |
| CONSOLIDATED ESTATE OF MICHAEL: | |
| S. GOLDBERG and MICHAEL S. : | |
| GOLDBERG : | |
| : | |
| v. : | CIV. NO. 3:15CV01687 (AWT) |
| : | |
| SALLY A. LABONTE, TRUSTEE : | |
| OF THE SCOTT A. LABONTE : | |
| DYNASTY TRUST, ET AL : | |
| : | |
| : | |

**ORDER RE: MAY 1, 2019 SETTLEMENT CONFERENCE**

A settlement conference is scheduled for May 1, 2019 at 10:00 AM.

Based on conversations with counsel, the Court has determined that requiring all interested parties to appear for the May 1 mediation at 10:00 AM would not be as efficient as staggering the appearances. Therefore, the Court will begin the mediation at 10:00 AM with the Trustee and members of the LaBonte family and their counsel. Attorneys Landino and Grudberg and client should appear by 11:30 AM; Attorneys Pavlis and Carberry and client and Attorneys Murphy and Healy and client by 12:30 PM; and Attorneys Natale and Paterno and client by 1:00 PM.

1

To the extent that the size of the individual demands from the Trustee has made any of the counsel for non-LaBonte parties reluctant to respond with an offer that accurately reflects the prospective participation of their client, counsel are encouraged to provide the Court confidentially and ex parte before May 1 some guidance as to the capacity and willingness of the interested parties to contribute to the settlement. The Court also urges counsel, where appropriate, to communicate directly with counsel for the Trustee premediation in an effort to obtain a mutual understanding of what a realistic level of participation might be for each party. The fact that the Court authorized the Trustee to disclose the offer from the LaBonte family members to counsel for the other interested parties (because of the underlying terms of the offer) does not mean that any offers from other individuals to the Trustee need be disclosed to any other interested party or counsel.

Counsel may contact the Court with their questions or concerns in advance of the May 1 meeting.

SO ORDERED at Bridgeport, Connecticut this 26th day of April 2019.

           ___/s/_____
           HOLLY B. FITZSIMMONS
           UNITED STATES MAGISTRATE JUDGE