**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | : Case No. 3:15-cv-01687 (AWT) |
| | : |
| Plaintiff, | : |
| v. | : |
| SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST, ET AL., | : September 30, 2019 |
| | : |
| Defendants | : |

**MOTION FOR EXTENSION OF EXISITING STAY ON CONSENT**

Pursuant to the Court's inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants[]", *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), Plaintiff, James Berman, Trustee (the "Trustee"), with the consent of all appearing defendants, respectfully moves for the entry of an order extending the existing stay of this action. As good cause for the granting of the relief requested herein the Trustee represents that:

1. By order dated January 23, 2019, this Court stayed this action pending the completion of the parties' settlement negotiations and mediation. The settlement negotiations and mediation were unsuccessful.

2.      On September 27, 2019, the Trustee commenced an action under the Racketeer Influenced and Corrupt Organizations Act ("RICO") against, among others, all of the named defendants to this action save for RCZS, LLC, Devcon Enterprises, Inc., Marketplace Port St. Lucie, LP, and Cakemaker, LLC.[1]

3.      The parties wish to avoid the cost of prosecuting and defending this action while the RICO action is pending.[2] Thus, the Trustee respectfully moves for the entry of an order extending the existing stay of all proceedings in this action with the stay to remain in place pending further court order, and with all parties reserving the right to move at any time to terminate the stay for good cause.

4.      Counsel for the Trustee has conferred with counsel for all appearing defendants concerning the Trustee's Motion for Extension of Existing Stay and all appearing defendants' consent to the granting of the relief requested herein.

---

[1] RCZS, LLC was a single purpose entity that owned an airplane for its members' use. RCZS sold its single asset in the spring of 2012 and was dissolved as of June 5, 2012. Cakemaker, LLC was a single purpose entity that owned real property in New Britain, Connecticut. Cakemaker sold its single asset in the spring of 2012 and was dissolved as of June 26, 2012. Market Place Port St. Lucie, LP ("MPSL") was a single purpose entity that owned real property in Port St. Lucie, Florida. MPSL's single asset was foreclosed and sold in the summer of 2018. Devcon Enterprises, Inc. ("Devcon") was a property management company operated by Scott A. LaBonte. The Trustee has alleged in an adversary proceeding pending in the United States Bankruptcy Court for the District of Connecticut captioned *James Berman, Trustee v, DEI Property Management, LLC, et al.*, Adv. Pro. No. 17-02029, which the Trustee is also seeking to permanently stay, that in the first quarter of 2015 Devcon fraudulently transferred its assets to DEI Property Management, LLC, an entity owned by trusts settled by Scott LaBonte's parents and managed by Roland LaBonte, Scott LaBonte's father. Devcon was dissolved as of March 30, 2015.

[2] On August 2, 2019, the Hon. Julie A. Manning, U.S.B.C.J., entered an order Granting the Trustee's Motion to amend the retention agreement with his counsel, Zeisler & Zeisler, P.C. ("Z&Z"), to permit Z&Z to prosecute the RICO action on a "Lesser of" contingency basis. Z&Z's compensation for the RICO action is the lesser of 1/3 of the net recovery or one-and-one-half times its hourly rate, plus a potential success fee that would only apply if all allowed claims are paid one-hundred percent. The payment of Z&Z's compensation for the prosecution of the RICO action is limited to proceeds recovered in the RICO action. *See*, *In re. Michael S. Goldberg, LLC and Michael S. Goldberg*, Case No. 09-23370 (JAM) (substantively consolidated), at Doc. 1753. All other services rendered by Z&Z for the Trustee, including in this action, continue to be billed and paid at standard hourly rates from the Estate's very limited funds.

**WHEREFORE**, The Trustee respectfully moves for the entry of an order staying all further proceedings pending further court order.

          James Berman, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg

    By: */s/ James M. Moriarty*
        Jed Horwitt (ct04778)
        James M. Moriarty (ct21876)
        ZEISLER & ZEISLER, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, Connecticut 06604
        Tel: (203) 368-4234
        Email: jhorwitt@zeislaw.com; jmoriarty@zeislaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | : Case No. 3:15-cv-01687 (AWT) |
| | : |
| Plaintiff, | : |
| v. | : |
| SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST, ET AL., | : September 30, 2019 |
| | : |
| Defendants | : |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of September, 2019, the foregoing Motion for Extension of Existing Stay on Consent was electronically filed. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                   */ s / James M. Moriarty*
                                                   James M. Moriarty (ct21876)