```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
In re:                        :
                              :
MICHAEL S. GOLDBERG, LLC, and :   Case No.
MICHAEL S. GOLDBERG,          :   09-23370 (JAM)
                              :   Chapter 7
               Debtors.       :   Substantively Consolidated
------------------------------x------------------------------x
                              :
JAMES BERMAN, CHAPTER 7       :
TRUSTEE FOR THE SUBSTANTIVELY :
CONSLIDATED ESTATE OF MICHAEL :
S. GOLDBERG, LLC AND MICHAEL  :
S. GOLDBERG,                  :
                              :
          Plaintiff,          :
     v.                       :   Civ. No. 3:15cv1687(AWT)
                              :
SALLY A. LABONTE, TRUSTEE OF  :
THE SCOTT A. LABONTE DYNASTY  :
TRUST, ET AL.,                :
                              :
          Defendants.         :
------------------------------x
```

**ORDER MOVING CASE TO INACTIVE DOCKET**

This case was stayed pending the completion of settlement negotiations and mediation, and the parties have reported that the settlement negotiations and mediation were unsuccessful. However, the Trustee, with the consent of all appearing defendants, has moved for an order extending the stay of this action because the Trustee has commenced an action under the Racketeer Influenced and Corrupt Organizations Act ("RICO") against, among others, all of the named defendants in this

1

action except RCZS, LLC, Devcon Enterprises, Inc., Marketplace Port St. Lucie, LP, and Cakemaker, LLC. Extending the stay will enable the parties to avoid the cost of prosecuting and defending this action while the RICO action is pending.

Accordingly, rather than maintain this case on the court's active docket and require periodic status reports, the court is ordering that this case be closed for administrative purposes only, and without prejudice to reopening when action by the court is required. All parties have the right to move at any time to reopen the case and terminate the stay for good cause.

The Clerk shall close this case without prejudice for administrative purposes only.

It is so ordered.

Signed this 4th day of October 2019 at Hartford, Connecticut.

>             /s/AWT\_\_\_         \_\_\_
>          Alvin W. Thompson
>       United States District Judge