## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG | ) | Substantively Consolidated |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR | ) | |
| THE ESTATE OF | ) | |
| MICHAEL S. GOLDBERG, LLC and | ) | |
| MICHAEL S. GOLDBERG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:15-CV-01687 (AWT) |
| v. | ) | |
| SALLY A. LABONTE, TRUSTEE OF THE | ) | |
| SCOTT A. LABONTE DYNASTY TRUST, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | August 4, 2020 |

### **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO TRUSTEE'S MOTION TO DISMISS**

TO THE HONORABLE ALVIN W. THOMPSON, UNITED STATES DISTRICT JUDGE:

The Defendants, by and through their counsel, Shipman, Shaiken & Schwefel, LLC, pursuant to D. Conn. L. Civ. R. 7(b), hereby request an extension of the time to file a response to the

Trustee's [Plaintiff's] Motion To Dismiss Without Prejudice (ECF # 125) **("Motion")**, and in support thereof respectfully represents:

1. On July 29, 2020, the Plaintiff filed the Motion, seeking a dismissal of this case without prejudice.

2. The Defendants wish to respond to the Motion.

3. Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants' response is due on August 19, 2020.

4. The undersigned is scheduled for oral surgery on August 5, 2020, and anticipates a period of recovery after the surgery during which he will be unable to work.

5. In addition, the undersigned has a brief due in the bankruptcy court in another case on August 21, 2020, as to which deadline the undersigned has also sought an extension of time.

6. The Defendants anticipate attaching to their response certain exhibits which require review and redaction before they can be filed with the Court.

7. The Defendants need an extension of time in order to research and draft their response to the Motion and to prepare the exhibits.

8. This is the Defendants' first request for an extension of time to file a response to the Motion.

9. The undersigned has contacted Stephen M. Kindseth, Esq., counsel to the Plaintiff, but has been unable to ascertain his position on this motion.

10. Good cause exists for the granting of the extension of time because under the circumstances an extension of time is needed in order to give the Defendants adequate time to brief their response to the Motion.

WHEREFORE, the Defendants respectfully request that the Court enter an order extending the date by which they must file a response to the Motion to and including September 4, 2020.

Dated at Amston, Connecticut, this 4th day of August, 2020.

          DEFENDANTS, SALLY A. LABONTE,
          TRUSTEE OF THE SCOTT A. LABONTE
          DYNASTY TRUST, ET AL.,

By:   /s/ David M. S. Shaiken
       David M. S. Shaiken, Esq.
       Shipman, Shaiken & Schwefel, LLC
       Their Attorneys
       433 South Main Street, Suite 319
       West Hartford, CT  06110
       Telephone:  (860) 606-1703
       Facsimile:  (866) 431-3248
       e-mail: david@shipmanlawct.com
       Federal Bar No. ct02297

**CERTIFICATION OF SERVICE**

  This is to certify that on August 4, 2020, a copy of the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO TRUSTEE'S MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic case filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system CM/ECF system.

                 /s/ David M. S. Shaiken
                 David M. S. Shaiken